# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PIERRE HANNA and ROLA HANNA,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **8:06CV307** |
| ) | |
| **FURNITURE ON CONSIGNMENT,** ) | **ORDER** |
| **INC. a Nebraska Corporation d/b/a/** ) | |
| **Rod Kush's Furniture,** ) | |
| ) | |
| **Defendant.** ) | |

The court file shows that defendant was served with summons on April 21, 2006 and defendant did not respond to the complaint within 20 days, i.e., by May 11, 2006. On Friday, May 12, the plaintiffs sought an entry of default. On Monday, May 15, defendant appeared in the action, seeking an extension of time to answer for the reason that counsel was very recently retained.

Considering the minimal delay involved and for good cause shown,

**IT IS ORDERED:**

1. Plaintiffs' motion for entry of default [6] is denied.

2. Defendant's Motion for extension of time to answer [17] is granted. Defendant is given until and including June 12, 2006 to answer or otherwise respond to the complaint.

**DATED May 15, 2006.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge