# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUN 27 PM 1:57

OFFICE OF THE CLERK

| | | |
|---|---|---|
| Pierre & Rolla Hanna, | ) | |
| Plaintiff | ) | Case Number: 8:06CV307 |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| Furniture on Consignment Inc. | ) | AND |
| Defendant | ) | ORDER OF REFERENCE |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| [signature] Caldwell | For Pierre & Rolla Hanna | 6-20-06 |
| [signature] | For Furniture on Consignment, Inc. | 6/22/06 |
| | For | |
| | For | |
| | For | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

RECEIVED
JUN 26 2006
CLERK
U.S. DISTRICT COURT
OMAHA

6/27/06
/Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.