IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PIERRE and ROLLA HANNA, | ) | Case No. 8:06CV307 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| FURNITURE ON CONSIGNMENT, INC., | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by William Bianco, counsel for Plaintiff, on December 10, 2007,

**IT IS ORDERED:**

1. On or before **January 10, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The non-jury trial set to begin December 11, 2007, is cancelled upon the representation that this case is settled.

Dated this 11th day of December 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge