# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | |
|---|---|
| PIERRE HANNA & ROLA HANNA, ) | 8:06-CV-307 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER OF DISMISSAL** |
| ) | |
| FURNITURE ON CONSIGNMENT, INC., ) | |
| A Nebraska Corporation, D/B/A/ ) | |
| Rod Kush's Furniture, ) | |
| ) | |
| Defendant. ) | |

Based upon the Joint Stipulation of Dismissal filed by the parties the Court finds good cause to dismiss the above-captioned case with prejudice.

IT IS THEREFORE ORDERED that the above-captioned case be dismissed with prejudice.

DATED January 14, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge